Littler

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

March 2, 2023

**MEMO ENDORSED**

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: *Taveras v. T-Mobile USA, Inc.*, No. 1:22-cv-8731-KPF

Dear Judge Failla:

We represent Defendant T-Mobile USA, Inc. ("T-Mobile") in the above-referenced action. The parties have agreed to mediate their disputes and are in the process of collecting data regarding the claims of Mr. Taveras and his proposed class, as well as selecting a mediator and scheduling such mediation. Accordingly, T-Mobile, with the consent of counsel for Plaintiff Furcy Taveras, respectfully requests that the Court *temporarily* stay this matter—including the deadlines associated with T-Mobile's anticipated motion to dismiss (*see* Doc. 14 and Feb. 8, 2023 Minute Entry)—until the parties can complete such mediation. The parties will advise the Court whom the parties have selected as mediator and the scheduled mediation date no later than March 21, 2023.

Thank you for your consideration of these requests. Please let us know if you require any additional information.

Respectfully Submitted,

LITTLER MENDELSON, P.C.

*/s/ Lisa M. Griffith*
Lisa M. Griffith

Application GRANTED.  The briefing schedule ordered by the Court on February 8, 2023 is hereby ADJOURNED pending further order of the Court.  Briefing on the motion shall be promptly reset if the parties' efforts to mediate their dispute are unsuccessful.  On or before **March 21, 2023,** the parties shall file a joint letter advising the Court of their scheduled mediation date.

The Clerk of Court is directed to terminate the motion at docket entry 15.

                                    SO ORDERED.

Dated:    March 3, 2023
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE