

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Joseph A. Gusmano
631.247.4741 direct
631.247.4700 main
631.760.8315 fax
jgusmano@littler.com

July 21, 2023



**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:    *Taveras v. T-Mobile USA, Inc.*, No. 1:22-cv-8731-KPF

Dear Judge Failla:

We represent Defendant T-Mobile USA, Inc. ("T-Mobile") in the above-referenced action.  We write jointly with counsel for Plaintiff to inform the Court that mediation was held before Mediator Ruth Raisfeld, Esq. on July 20, 2023.  The Parties were unable to reach a resolution at the mediation and therefore request an additional thirty-day stay of all deadlines to continue settlement negotiations.

We thank the Court for its consideration of our request.

Respectfully Submitted,

LITTLER MENDELSON, P.C.

*/s/ Joseph A. Gusmano*

Joseph A. Gusmano

littler.com

Application GRANTED.  The parties are ORDERED to file an additional status update on or before **August 21, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 24.

Dated:  July 21, 2023         SO ORDERED.
        New York, New York

                              *[signature]*

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE