

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747

Joseph A. Gusmano
631.247.4741 direct
631.247.4700 main
631.760.8315 fax
jgusmano@littler.com

August 21, 2023

**MEMO ENDORSED**

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:    *Taveras v. T-Mobile USA, Inc.*, No. 1:22-cv-8731-KPF

Dear Judge Failla:

We represent Defendant T-Mobile USA, Inc. ("T-Mobile") in the above-referenced action.  We write jointly with counsel for Plaintiff to inform the Court that the Parties attended a mediation session on July 20, 2023, and agreed to continue attempting to resolve this matter through mediation.  The Parties have tentatively scheduled a second mediation session for October 30, 2023.  As such, we hereby request that this matter be stayed until November 6, 2023, one week after the Parties complete the second mediation session.

We thank the Court for its consideration of our request.

Respectfully Submitted,

LITTLER MENDELSON, P.C.

*/s/ Joseph A. Gusmano*

Joseph A. Gusmano

littler.com

Application GRANTED. The parties are ORDERED to file an additional status update on or before **November 6, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 26.

Dated:    August 22, 2023          SO ORDERED.
          New York, New York

                                   *[signature: Katherine Polk Failla]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE