UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FURCY TAVERAS,<br><br>                          Plaintiff,<br><br>             v.<br><br>T-MOBILE USA INC.,<br><br>                          Defendant. | 22-CV-8731 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 16, 2023
       New York, New York

                                                DALE E. HO
                                     United States District Judge