UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FURCY TAVERAS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>T-MOBILE USA INC.,<br><br>Defendant. | Case No.: 22-cv-8731 (KPF)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective undersigned counsel that the above-captioned action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 6, 2023

**LEEDS BROWN LAW, P.C.**

By: _____
Brett R. Cohen, Esq.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
bcohen@leedsbrownlaw.com
*Attorneys for Plaintiffs*

Dated: November 6, 2023

**LITTLER MENDELSON P.C.**

By: _____
Lisa M. Griffith, Esq.
Joseph A. Gusmano, Esq.
290 Broadhollow Road, Suite 305
Melville, New York 11747
Tel: (631) 247-4700
jgusmano@littler.com
*Attorneys for Defendants*

So Ordered.
The Clerk of Court is respectfully directed to close the case.

_____
Dale E. Ho
United States District Judge

Dated: November 8, 2023 New York, New York

4865-9448-4621.1 / 066431-1123